UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Civil No. 2:13-cv-12298
    Honorable Sean F. Cox
    Magistrate Michael J. Hluchaniuk

SIXTEEN THOUSAND SEVEN
HUNDRED SIXTY DOLLARS ($16,760.00)
IN U.S. CURRENCY; AND THREE
THOUSAND FIVE HUNDRED FORTY-FIVE
UNITED ARAB EMIRATES DIRHAM (AED),

    Defendants *in rem*.
_____/

## ORDER TO STRIKE CLAIM AND FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion to Strike Claim filed by Moises Villalta Soiano and Request for Default Judgment and Final Order of Forfeiture, the Court having reviewed the pleadings, and being fully advised of the facts and law:

IT IS HEREBY ORDERED that the Claim filed by Moises Villalta Soiano in this matter is STRICKEN;

IT IS FURTHER ORDERED that Plaintiff's request for default judgment against Moises Villalta Soiano, and all other persons or entities as to

Sixteen Thousand Seven Hundred Sixty Dollars ($16,760.00) in U.S. currency, and Three Thousand Five Hundred Forty-Five United Arab Emirates dirham (3,545 AED) (the "Defendant Currency") is hereby GRANTED and ENTERED;

IT IS FURTHER ORDERED that any right, title, or ownership interest in the Defendant Currency of Moises Villalta Soiano, and any and all other persons or entities, or their successors and assigns is forever EXTINGUISHED and the Defendant Currency is FORFEITED to the United States of America pursuant to 31 U.S.C. § 5317(c)(2) and, accordingly, a Final Order of Forfeiture as to the Defendant Currency is GRANTED and ENTERED.

IT IS FURTHER ORDERED that the United States Department of Homeland Security, Customs and Border Protection, or its designees, are hereby AUTHORIZED to dispose of the Defendant Currency according to law.

Dated: December 5, 2013          s/ Sean F. Cox
                                 Sean F. Cox
                                 U. S. District Judge

I hereby certify that the above document was served on counsel and/or the parties of record by electronic means.

Dated: December 5, 2013          s/ Jennifer McCoy
                                 Case Manager